**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

OSIEL GRAJALES-VELASQUEZ,

Petitioner,

v.

TODD LYONS, Director of ICE; KRISTI NOEM, Secretary of DHS; PAMELA BONDI, U.S. Attorney General; CHRISTOPHER LAROSE, Warden of Otay Mesa Detention Center,

Respondents.

Case No.:  26cv1969 DMS VET

**ORDER (1) GRANTING MOTION FOR APPOINTMENT OF COUNSEL AND (2) REQUIRING RESPONSE**

On March 27, 2026, Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 along with a motion for a temporary restraining order and a motion for appointment of counsel.

Pursuant to Chief Judge Order No. 134, Petitioner's motion for appointment of counsel is granted.  Federal Defenders of San Diego, Inc. ("FDSDI") is hereby appointed as counsel, effective immediately.

Respondents shall file their response to the Petition on or before **April 8, 2026**. Petitioner shall file his reply on or before **April 13, 2026**.  Unless the Court orders otherwise, the matter will be submitted on the papers without oral argument.

1

To maintain the status quo, Respondents, their officers, agents, servants, employees, attorneys, and other persons who act in concert or participation with Respondents **MUST NOT** transfer Petitioner outside the Southern District of California pending the Court's resolution of the Petition. *See Doe v. Bondi*, Case No.: 25-cv-805-BJC-JLB, 2025 WL 1870979 at *1 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether [they have] subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (collecting cases).

**IT IS SO ORDERED**.

Dated: April 1, 2026

Hon. Dana M. Sabraw
United States District Judge

26cv1969 DMS VET