**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OSIEL GRAJALES-VELASQUEZ,<br><br>Petitioner,<br><br>v.<br><br>TODD LYONS, Director of ICE; KRISTI NOEM, Secretary of DHS; PAMELA BONDI, U.S. Attorney General; CHRISTOPHER LAROSE, Warden of Otay Mesa Detention Center,<br><br>Respondents. | Case No.: 26cv1969 DMS VET<br><br>**ORDER ON PETITION** |

On May 20, 2026, the Court requested supplemental briefing on this case. On May 20, 2026, Respondents filed their supplemental brief in which they state a bond hearing is the appropriate remedy here. Petitioner asserts the appropriate remedy is his release subject to the bond conditions in place prior to his re-detention. Given the claims asserted here, the Court agrees with Respondents that the appropriate remedy is a bond hearing. Accordingly, Respondents are directed to arrange an individualized bond hearing for Petitioner before an immigration court within fourteen (14) days of this Order unless Petitioner requests a continuance. At that bond hearing, the Government shall have the burden of proving by clear and convincing evidence that Petitioner poses a danger to the

community or a risk of flight if released on bond. The parties shall file a Joint Status Report within twenty-one (21) days of this Order's entry confirming Petitioner received a bond hearing and setting out the results thereof.

**IT IS SO ORDERED**.

Dated: May 27, 2026

Hon. Dana M. Sabraw
United States District Judge