**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

OSIEL GRAJALES-VELASQUEZ,
Petitioner,
v.
TODD LYONS, Director of ICE, et al.,
Respondents.

Case No.: 26-cv-1969-DMS-VET

**ORDER ON JOINT MOTION TO MODIFY ORDER**

Having considered the parties' joint motion, and finding the joint motion meritorious, the Court **GRANTS** the motion and **ORDERS** that Respondents must provide Petitioner a bond hearing no later than June 24, 2026.

**IT IS SO ORDERED.**

Dated: June 11, 2026

Hon. Dana M. Sabraw
United States District Judge